FILED

2012 NOV 19 PM 1:44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RENDA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED INTERNATIONAL CREDIT CORP.,<br><br>    Defendant. | Case No. 12-cv-2174-WQH (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal With Prejudice, and for good cause appearing, the Court **GRANTS** the Joint Motion for Dismissal With Prejudice. Therefore, this action is, DISMISSED WITH PREJUDICE in its entirety with no award of fees or costs. The Court retains jurisdiction over any necessary enforcement of the settlement agreement for 30 days.

**IT IS SO ORDERED.**

DATED: 11/16/12

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

CG/1083771/14103083v.1

1

12cv2174-WQH (WVG)